# EXHIBIT 1

# EXHIBIT 1

# LAS VEGAS REVIEW-JOURNAL
## reviewjournal.com

March 4, 2010
Copyright © Las Vegas Review-Journal

## Dipak Desai files bankruptcy

Brian Haynes

By BRIAN HAYNES

LAS VEGAS REVIEW-JOURNAL

**Dr. Dipak Desai**, who ran the clinics linked to Southern Nevada's hepatitis C outbreak, has filed for personal **bankruptcy**.

The Friday filing automatically halts all civil lawsuits against **Desai** in state court, including the first medical malpractice trial against him.

That trial, involving former patient Michael Washington, 69, was set for May 3. It would have been the first trial involving a patient with a hepatitis C infection genetically linked to other clinic patients. Health investigators have said that unsafe injection practices spread infection among patients.

"Filing **bankruptcy** just once again postpones, prolongs and victimizes everybody once again," said his lawyer, Ed Bernstein.

In his Chapter 11 **bankruptcy**, **Desai** claims personal assets of more than $22 million, including his $2 million house at Red Rock Country Club, $1.1 million in bank accounts and more than $18 million in various investments and businesses.

His liabilities include a $1.2 million mortgage, $375,000 owed to the Bailey Kennedy law firm and a $350,000 medical malpractice claim. Those figures don't include the potential damages that could arise from hundreds of pending civil lawsuits by former patients, with estimated liabilities in the millions of dollars.

UNLV law professor Nancy Rapoport said the **bankruptcy** filing won't protect **Desai**'s assets from civil judgments. However, it does bring them under the same court, which could help divide the assets equitably, unlike the piecemeal litigation spread among many state district courts, she said.

For **Desai**, the **bankruptcy** puts those lawsuits on hold indefinitely.

"He's using the automatic stay to give him some breathing room," Rapoport said.

The postponement also saves **Desai** the legal costs to fight them.

According to the **bankruptcy** documents, **Desai** paid more than $240,000 in the past three months to various law firms, including the one handling his **bankruptcy** and the one handling any criminal case.

Las Vegas police have recommended criminal charges against **Desai** and others who worked in the clinics. County prosecutors expect to take that case before a grand jury in the near future.

reviewjournal.com - Search
Case 2:10-cv-00795-JCM-RJJ   Document 1-1   Filed 05/27/10   Page 3 of 9
Page 2 of 2

Meanwhile, Washington can ask U.S. **Bankruptcy** Judge Mike Nakagawa to lift the postponement in his case, but that would take months, Bernstein said. By then the trial date will be past, and a new trial date likely won't be available until next year.

"It's one roadblock after the next," Bernstein said. "This is a stalling tactic. They're hoping to outlast all these plaintiffs."

Patients suing **Desai** and his clinics were in a similar spot last summer when the Gastroenterology Center of Nevada, Endoscopy Center of Southern Nevada and Desert Shadow Endoscopy Center filed for **bankruptcy**.

Nakagawa allowed a handful of lawsuits to go forward because they were close to trial. Most of those have been rescheduled, but trials involving Washington and former Desert Shadow patient Henry Chanin were on schedule for this spring.

Chanin's trial, set for April 12, names **Dr**. Rajat Sood instead of **Desai** because Sood performed the procedure.

A two-year investigation by public health officials determined that as many as 115 patients were infected with hepatitis C because of unsafe injection practices at the Endoscopy Center and Desert Shadow clinics.

Nine of the cases were linked to the clinics, while the other 106 were possibly linked, according to the Southern Nevada Health District.

Hundreds of former patients have sued. Most of those lawsuits also include a product liability claim against Israel-based Teva Pharmaceutical Industries, which made the anesthetic used to sedate patients during their procedures.

Lawyer Will Kemp, who represents former patients, said the **bankruptcy** could backfire on **Desai** by opening the possibility to tap into his family trusts, where money from the clinics was funneled.

Contact reporter Brian Haynes at bhaynes@review journal.com or 702-383-0281.

# EXHIBIT 2

# EXHIBIT 2

| Home | News | Community | Classifieds | Businesses |

Home | News | Community | DR. DIPAK DESAI FILES BANKRUPTCY





### DR. DIPAK DESAI FILES BANKRUPTCY

DR. DIPAK DESAI, THE CENTRAL FIGURE IN THE ENDOSCOPY CENTER OF NEVADA INVESTIGATION, FILES BANKRUPTCY. LAWSUITS AND MALPRACTICE TRIALS ON HOLD.



Dr. Dipak Desai, who ran the clinics linked to Southern Nevada's hepatitis C outbreak, has filed for personal bankruptcy. The Friday filing automatically halts all civil lawsuits against Desai in state court, including the first medical malpractice trial against him. Click here for the detail bankruptcy documents.

That trial, involving former patient Michael Washington, 69, was set for May 3. It would have been the first trial involving a Patient with a hepatitis C infection genetically linked to other clinic patients. Health investigators have said that unsafe injection practices spread infection among patients.

"Filing bankruptcy just once again postpones, prolongs and victimizes everybody once again," said his lawyer, Ed Bernstein.

In his Chapter 11 bankruptcy, Desai claims personal assets of more than $22 million, including his $2 million house at Red Rock Country Club, $1.1 million in bank accounts - Wells Fargo and Morgan Stanley Smith Barney, and more than $18 million in various investments and businesses. Personal property includes $100 in Golf Clubs and $ 881,000 in 2007 & 2008 Income Tax refunds applied for. Bankruptcy filing reflects Dr. Desai's current value of investments of over $18 million in over forty corporations in Nevada, Georgia, and Texas.

His liabilities include a $1.2 million mortgage, $375,000 owed to the Bailey Kennedy law firm and a $350,000 medical malpractice claim. Those figures don't

include the potential damages that could arise from hundreds of pending civil lawsuits by former patients, with estimated liabilities in the millions of dollars.

UNLV law professor Nancy Rapoport said the bankruptcy filing won't protect Desai's assets from civil judgments. However, it does bring them under the same court, which could help divide the assets equitably, unlike the piecemeal litigation spread among many state district courts, she said.

For Desai, the bankruptcy puts those lawsuits on hold indefinitely.

"He's using the automatic stay to give him some breathing room," Rapoport said.

The postponement also saves Desai the legal costs to fight them.

According to the bankruptcy documents, Desai paid more than $240,000 in the past three months to various law firms, including the one handling his bankruptcy and the one handling any criminal case.

Las Vegas police have recommended criminal charges against Desai and others who worked in the clinics. County prosecutors expect to take that case before a grand jury in the near future.

Meanwhile, Washington can ask U.S. Bankruptcy Judge Mike Nakagawa to lift the postponement in his case, but that would take months, Bernstein said. By then the trial date will be past, and a new trial date likely won't be available until next year.

"It's one roadblock after the next," Bernstein said. "This is a stalling tactic. They're hoping to outlast all these plaintiffs."

Patients suing Desai and his clinics were in a similar spot last summer when the Gastroenterology Center of Nevada, Endoscopy Center of Southern Nevada and Desert Shadow Endoscopy Center filed for bankruptcy.

Nakagawa allowed a handful of lawsuits to go forward because they were close to trial. Most of those have been rescheduled, but trials involving Washington and former Desert Shadow patient Henry Chanin were on schedule for this spring.

Chanin's trial, set for April 12, names Dr. Rajat Sood instead of Desai because Sood performed the procedure.

A two-year investigation by public health officials determined that as many as 115 patients were infected with hepatitis C because of unsafe injection practices at the Endoscopy Center and Desert Shadow clinics.

Nine of the cases were linked to the clinics, while the other 106 were possibly linked, according to the Southern Nevada Health District.

Hundreds of former patients have sued. Most of those lawsuits also include a product liability claim against Israel-based Teva Pharmaceutical Industries, which made the anesthetic used to sedate patients during their procedures.

Lawyer Will Kemp, who represents former patients, said the bankruptcy could backfire on Desai by opening the possibility to tap into his family trusts, where money from the clinics was funneled.

**In July 2009, The Endoscopy Center of Southern Nevada, the Gastroenterology Center of Nevada and the Desert Shadow Endoscopy Center made the filings in U.S. Bankruptcy Court for Nevada in Las Vegas.**

**The Endoscopy Center filing listed 50-99 creditors, assets of under $50,000 and estimated debt of $100,000 to $500,000.**

Check out the Bankruptcy Filing for the Endoscopy Center

Check out the Bankruptcy Filing for the Desert Shadow Endoscopy Center

Check out the Bankruptcy Filing for the Gastroenterology Center

On another note, Dr. Desai has hired one of the top bankruptcy lawyer in the country. The filings show Stanford & Harvard educated "Super Bankruptcy" Lawyer John T. Hansen, of Nossaman LLP, San Franciso representing Dr. Dipak Desai in the Bankruptcy Court. The filing documents are signed on behalf of Dr. Dipak Desai by his wife Kusum Desai, Attorney in Fact.

As reported by Brian Haynes of the Las Vegas Review Journal, March 4, 2010. Contact reporter Brian Haynes at bhaynes@review journal.com or 702-383-0281. Some information is added by the www.vegasdesi.com

Click here for the reporting by the Lasvegas Sun

---

**Comments**                                                   Add New   Search

Write comment

**Dharmatma - Giving some Sunshine**            |205.159.86.Xxx |2010-03-04 02:28:13

A Lesson to be learned for everyone - "As you sow so shall you reap"

Bankruptcy helps you to eliminate or restructure your debts.

Dr. Desai,
May God richly bless you and return to you the hope, love and health so you get a second chance.

Good-Luck!

Reply | Quote                                                           0    0

**rambo - Smart Man**                            |68.104.62.Xxx |2010-03-04 04:41:34

Desai knows how to save his money... filing bankrupty will allow him to keep is $20mil...

guju's are definately desi jews!!! I don't he has any ethics left.
He is still worried about his wealth over his health and the people he has screwed! I guess ranting doesn't matter. He is the one who is laughing right now!!

Reply | Quote                                                           0    0

Vegascoder

---

**Latest News**            **Classifieds**            **Search Vegasdesi**

- NEVADA STATE BOARD OF MEDICAL EXAMINERS ORDERED TO REPRIMAND DR. NAVNEET SHARDA
- MEET, GREET & LUNCHEON WITH DR. JOE HECK, CANDIDATE FOR CONGRESS
- IN A CASE PROSECUTED BY INDIAN AMERICAN ASSISTANT US ATTORNEY PAUL PADDA, CITIBANK ROBBER SENTENCED TO 19½ YEARS IN FEDERAL PRISON
- 38 YEAR OLD SRI LANKAN, FATHER OF TWO, KILLED AT SEVEN ELEVEN
- GUJARATI PLAY IN LAS VEGAS
- 7th ANNUAL VAISAKHI MELA A GRAND SUCCESS
- SPECIAL EVENT – GOVINDA'S CENTER OF VEDIC INDIA
- JAI HO - A R RAHMAN WORLD TOUR 2010

# EXHIBIT 3

# EXHIBIT 3

```
Type of Work:       Text

Registration Number / Date:
                    TX0007138906 / 2010-05-06

Application Title: Dipak Desai files bankruptcy.

Title:              Dipak Desai files bankruptcy.

Description:        Electronic file (eService)

Copyright Claimant:
                    Righthaven LLC, Transfer: By written agreement.

Date of Creation:   2010

Date of Publication:
                    2010-03-04

Nation of First Publication:
                    United States

Authorship on Application:
                    Stephens Media LLC, employer for hire; Domicile: United
                       States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                    Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                       Avenue, Suite 210, Las Vegas, NV,  89129-7701, United
                       States, (702) 527-5900, dbrownell@righthaven.com

Copyright Note:     C.O. correspondence.

Names:              Stephens Media LLC
                    Righthaven LLC

===============================================================================
```