# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

RIGHTHAVEN LLC,

       Plaintiff,

v.

SWADEEP NIGAM,

       Defendant.

2:10-CV-795 JCM (RJJ)

## ORDER

Presently before the court is defendant Swadeep Nigam's motion to extend time to respond to plaintiff Righthaven, LLC's complaint. (Doc. #9). Defendant requests an additional sixty (60) days to provide sufficient time for his counsel to prepare an appropriate response.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion to extend time (doc. #9), is GRANTED. Defendant's answer to plaintiff's complaint shall be filed with the court by September 17, 2010.

DATED July 16, 2010.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**