J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
*Assistant General Counsel at Righthaven*
JOSEPH C. CHU, ESQ.
Nevada Bar No. 11082
jchu@righthaven.com
*Staff Attorney at Righthaven*
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
(702) 527-5900
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>SWADEEP NIGAM, an individual;<br><br>Defendant. | Case No.: 2:10-cv-00795-JCM-RJJ<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

   Plaintiff, Righthaven LLC ("Righthaven") and Defendant Swadeep Nigam ("Mr. Nigam"; collectively with Righthaven known herein as the parties "Parties"), by and through their attorneys of record, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby notify the Court that they have resolved their differences and hereby stipulate to a voluntary dismissal, with prejudice, of all claims asserted against Mr. Nigam in the above-captioned matter.

   WHEREFORE, the Parties request this Court enter an Order dismissing the above-captioned action filed against Mr. Nigam with prejudice.

1

Dated this seventh day of October, 2010.

Submitted by:

| | |
|---|---|
| RIGHTHAVEN LLC | ATKIN, WINNER & SHERROD |
| /s/ J. Charles Coons<br>J. Charles Coons, Esq.<br>9660 West Cheyenne Avenue, Suite 210<br>Las Vegas, Nevada 89129-7701<br>Attorneys for Plaintiff | /s/ Ruth L. Cohen<br>Ruth L. Cohen, Esq.<br>Atkin, Winner & Sherrod<br>1117 South Rancho Drive<br>Las Vegas, Nevada 89102<br>Attorney for Defendant |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated this 19th day of October, 2010.

2